JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAMON CARTER, on behalf of himself and all others similarly situated,<br><br>                         Plaintiff,<br><br>          vs.<br><br>MARIE CALLENDER PIE SHOPS, LLC,<br><br>                         Defendant. | **Civil Case No.:  2:18-CV-02351-DSF (GJSx)**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT**<br><br>Date:     May 21, 2018<br>Time:     1:30 P.M.<br>Crtrm.:   7D<br><br>Assigned to Hon. Dale S. Fischer<br><br>Trial Date:     None Set |

## [PROPOSED] ORDER

Having considered the Parties' Joint Stipulation to Remand Case to State Court, the Court hereby orders that the action shall be remanded to the Los Angeles County Superior Court.


IT IS SO ORDERED.

Dated:  5/1/18  _____

_____
HON. DALE S. FISHER
UNITED STATES DISTRICT JUDGE

- 1 -
**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT**